IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-MC-24

| | | |
|---|---|---|
| FEDERAL INSURANCE CO., et al. | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| HEZBOLLAH | ) | |

This matter is before the Clerk on an Application for Writs of Execution [DE 2] filed by Federal Insurance Co., et al. (Federal Insurance).

On May 11, 2012, Federal Insurance filed a Certification of Judgment for Registration in Another District [DE 1], registering a default judgment in the amount of $9,351,247.965.99 entered against Hezbollah from the Southern District of New York, Case No. 1:03-CV-6978. On May 18, 2012, Federal Insurance filed an Application for Writs of Execution on the following bank accounts located in this district, alleged to be the property of Hezbollah:

**Acct #xxxxxx4646, Fidelity Bank, 100 S. Main St., Fuquay Varina, NC held in the name of Bassam G. Hanna dba Cary Auto Sales (Fidelity Account);**

**Acct #xxxxxx6625, BB&T, 1604 Tarboro St. W, Wilson, NC held in the name of Mansour Brothers Auto Trading, 12-DEA 559882 (BB&T Account).**

On December 15, 2011, preceding the registration of the judgment in this district, the United States of America filed an in rem forfeiture and money laundering complaint in the Southern District of New York, Case No. 1:11-CV-9186. The complaint alleged that Hezbollah members and supporters, including various used-car dealers in the United States, were involved in a money laundering scheme.

On December 16, 2011, Judge Richard J. Holwell, United States District Judge in the Southern District of New York issued a Post-Complaint Restraining Order, enjoining the transfer, selling or disposing of certain property, including the accounts listed above that are the subject of the writs of execution. On May 22, 2012, claimant Bassam G. Hanna and the United States of America filed a Stipulation and Order of Settlement in the Southern District of New York, with the claimant forfeiting the Fidelity Account to the United States Marshal. On August 23, 2012, claimant Mansour Brothers Auto Trading, Inc. and the United States of America filed a Stipulation and Order of Settlement in the Southern District of New York, with the claimant forfeiting all funds on deposit at Bay Cities Bank to the United States Marshal. The Stipulation and Order of Settlement did not specifically address the BB&T account and Mansour Brothers Auto Trading, Inc. has not been terminated on the docket sheet. Thus, it appears that the Southern District of New York restraining order is still in effect and the BB&T Account remains in litigation in New York.

Based on the foregoing, the application for writs of execution filed by Federal Insurance is DENIED AS MOOT as to the Fidelity Account and DENIED WITHOUT PREJUDICE as to the BB&T Account.

SO ORDERED. This the 19th day of November 2012.

Julie A. Richards
JULIE A. RICHARDS
CLERK OF COURT